BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                   )<br>                                             )<br>               Plaintiff,                   )<br>                                             )<br>v.                                           )<br>                                             )<br>DIMAS MANUEL TORRES BARRAZA                  )<br>                                             )<br>               Defendant.                   )<br>                                             )<br>_____                ) | CR. No. S-08-414 LKK<br><br>ORDER RE: SCHEDULING STATUS<br>CONFERENCE OF COUNSEL, AND<br>TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: March 29, 2011<br>TIME:  9:15 a.m.<br>CTRM:  Honorable Lawrence K. Karlton |

     On March 22, 2011, the Court held a status conference of counsel in this case pursuant to a pre-trial motion to withdraw counsel.  Assistant U.S. Attorney Jill M. Thomas, appeared on behalf of plaintiff, United States of America.  James Mootz, Esq., appeared on behalf of defendant, Dimas Manuel Torres Barraza, who was present and in custody.

     At the request of the defendant, this Court granted a continuance for a further status conference of counsel to March 29, 2011, at 9:15 a.m.  The Court relieved James P. Mootz, Esq., as counsel of record and instructed Courtney Fein, Assistant Federal Defender, to verify if the defendant, Dimas Manuel Torres Barraza,

1  qualifies for appointed counsel.  The Court further excluded time
2  from March 22, 2011, to, and including, March 29, 2011, from
3  computation of time within which the trial of this matter must be
4  commenced pursuant to 18 U.S.C. § 3161(h)(1)(D), pending pre-trial
5  motion to withdraw counsel and appoint new counsel.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: March 25, 2011          By:  /s/ Jill M. Thomas
                                    JILL M. THOMAS
                                    Assistant U.S. Attorney

_____

**ORDER**

**IT IS HEREBY ORDERED.**

DATED: March 29, 2011

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT