BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S-08-0414 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| DIMAS MANUEL TORRES BARRAZA, | ) |
| Defendant. | ) |

**ORDER**

The parties appeared before the Court on Monday, March 29, 2011, in case number CR S 2:08-0414 LKK.  At that time, based upon the representations and agreement of all parties, the Court ordered that Clemente Jimenez, Esq., be appointed as the new counsel of record for defendant Dimas Manuel Torres Barraza. Further status conference is to be set for April 26, 2011, at 9:15 a.m., and that the time beginning March 29, 2011, and extending through April 26,  2011, be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161. Local Code T4.

1    The exclusion of time is appropriate due to the defense
2 counsels' need to prepare.  18 U.S.C. § 3161(h)(8)(B)(ii) and
3 (iv); Local Code T4.  A continuance is necessary in this case in
4 order to ensure defense counsel has a reasonable amount of time
5 to review the evidence given the limitations imposed by Congress.
6 It's also necessary to ensure defense counsel's effective
7 preparation, taking into account the exercise of due diligence.
8 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.
9    ACCORDINGLY, it is hereby ordered that the status conference
10 be set for April 26, 2011, at 9:15 a.m., and that the time
11 beginning March 29, 2011, and extending through April 26, 2011,
12 be excluded from the calculation of time under the Speedy Trial
13 Act.  The Court finds that the interests of justice served by
14 granting this continuance outweigh the best interests of the
15 public and the defendant in a speedy trial.  18 U.S.C. §
16 3161(h)(8)(A).

19    IT IS SO ORDERED.

22 Dated: April 7, 2011

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT