CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
DIMAS MANUEL TORRES BARRAZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIMAS MANUEL TORRES BARRAZA,<br><br>Defendant. | Case No.: 08-414 LKK<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   July 6, 2011<br>TIME:   9:15 a.m.<br>JUDGE:  Hon. Lawrence K. Karlton |
|---|---|

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant DIMAS MANUEL TORRES BARRAZA, that the status conference scheduled for July 6, 2011, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on July 19, 2011, at 9:15 a.m. for further status conference. Defense counsel seeks additional time to prepare and confer with Mr. Barraza, who is currently housed in Butte County.  Additionally, defense counsel will be unavailable due to being in trial.

　　　IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   July 1, 2011          /S/    Jill Thomas_____
                                JILL THOMAS
                                Attorney for Plaintiff


                                /S/    Clemente M. Jiménez_____
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Alejandro Medina-Prado


**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for July 6, 2011, at 9:15 a.m., be vacated and the matter continued to July 19, 2011, at 9:15 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: July 6, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT