BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>            v.                )<br>                              )<br>DIMAS MANUEL TORRES BARRAZA,  )<br>                              )<br>            Defendant.        )<br>_____) | CR. No. S-08-414 LKK<br><br>ORDER RE: SCHEDULING STATUS<br>CONFERENCE, AND EXCLUDING<br>TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: September 13, 2011<br>TIME: 9:15 a.m.<br>CTRM: Honorable Lawrence K. Karlton |

On July 19, 2011, the Court held a status conference in this case.  Assistant U.S. Attorney Jill M. Thomas appeared on behalf of plaintiff, United States of America.  Clemente Jimenez, Esq., appeared with defendant Dimas Manuel Torres Barraza who was present and in custody.

This Court granted a continuance for a further status conference/entry of plea to September 13, 2011, at 9:15 a.m.  The Court further excluded time from July 19, 2011, to, and including, September 13, 2011, from computation of time within which the trial of this matter must be commenced pursuant to Local Code T4.

1

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: July 21, 2011         By:    /s/ Jill M. Thomas
                                    JILL M. THOMAS
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS HEREBY ORDERED:**

The Status Conference/Change of Plea Hearing in the above-referenced matter is set for September 13, 2011 at 9:15 a.m. and the time beginning July 19, 2011, up to and including September 13, 2011, is excluded from computation of time pursuant to Local Code T4. The Court specifically finds that the interest of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Date: July 22, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT