```
BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                           )<br>            Plaintiff,     )<br>                           )<br>v.                         )<br>                           )<br>DIMAS MANUEL TORRES BARRAZA )<br>                           )<br>            Defendant.     )<br>                           )<br>_____)| CR. No. S 08-414 LKK<br><br>AMENDED ORDER RE: SCHEDULING<br>CHANGE OF PLEA HEARING<br><br><br>DATE:  October 18, 2011<br>TIME:  9:15 a.m.<br>CTRM:  Honorable Lawrence K. Karlton |

     On September 13, 2011, the Court held a status conference in this case.  Assistant U.S. Attorney Jill M. Thomas, appeared on behalf of plaintiff, United States of America.  Clemente Jimenez, Esq., appeared on behalf of defendant, Dimas Manuel Torres Barraza, who was present and in custody.

     At the request of the parties, this Court set the date of October 18, 2011, for a Change of Plea Hearing.  The Court further excluded time from September 13, 2011, to, and including,

///

///

1  October 18, 2011, from computation of time within which the trial of
2  this matter must be commenced pursuant to Local Code T4 and 18
3  U.S.C. section 3161(h)(7)(A) because the ends of justice in granting
4  the continuance outweigh the best interest of the defendant and the
5  public in a speedy trial.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: September 15, 2011           By:  /s/ Jill M. Thomas
                                    JILL M. THOMAS
                                    Assistant U.S. Attorney


**ORDER**

**THE CONTINUANCE IS HEREBY ORDERED** and the Court finds that the ends of justice in granting the continuance outweigh the best interest of the defendant and the public in a speedy trial pursuant to local code T4 and 18 U.S.C. section 3161(h)(7)(A).


DATED: September 30, 2011

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT