BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 2:08-0414 LKK |
| | ) | |
| Plaintiff, | ) | ORDER RE: SCHEDULING STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | |
| DIMAS MANUEL TORRES BARRAZA | ) | DATE: November 15, 2011 |
| | ) | TIME: 9:15 a.m. |
| Defendant. | ) | CTRM: Honorable Lawrence K. Karlton |
| _____ | ) | |

On November 8, 2011, the Court held a status conference of counsel in this case.  Assistant U.S. Attorney Jill M. Thomas, appeared on behalf of plaintiff, United States of America.  Clemente Jimenez, Esq., appeared on behalf of defendant, Dimas Manuel Torres Barraza, who was present and in custody.

The defendant's request for new counsel was granted by this Court and a status of counsel hearing was set for November 15, 2011, at 9:15 a.m.  Additionally Trial Confirmation Hearing was set for March, 6, 2012, and Jury Trial set for March 20, 2012.
The parties also agreed to exclude time under the Speedy Trial Act

up to and including November 15, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4, to obtain new counsel and for preparation of counsel.  The parties agreed that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

                                        BENJAMIN B. WAGNER
                                      United States Attorney

DATED: November 8, 2011      By:  /s/ Jill M. Thomas
                                        JILL M. THOMAS
                                        Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED** that this matter is continued to November 15, 2011, at 9:15 a.m.

**IT IS FURTHER ORDERED** that the period from November 8, 2011, up to and including November 15, 2011, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4, to obtain new counsel and preparation of counsel. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: November 9, 2011

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT