UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DIMAS MANUEL TORRES BARRAZA, aka "Dimas," "Titi," and "Manuel "Torres",<br><br>Movant. | No.  2:08-cr-0414 TLN P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 6, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 6, 2014, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 205) is granted;

3. Movant's § 2255 motion (ECF No. 198) is denied;

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5. The Clerk of Court shall close the companion civil case No. 2:13-cv-1116 LKK KJN P.

Dated: September 19, 2014

_____
Troy L. Nunley
United States District Judge

/barr0414.805