HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DIMAS TORRES BARRAZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIMAS TORRES BARRAZA,<br><br>Defendant. | No. Cr. S 08-cr -414 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: The Honorable TROY L. NUNLEY |

Defendant, DIMAS TORRES BARRAZA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On May 22, 2012, this Court sentenced Mr. Barraza to a term of 130 months imprisonment;

3. Mr. Barraza's total offense level was 33, his criminal history category was I, and the resulting guideline range was 135 to 168 months;

4. The sentencing range applicable to Mr. Barraza was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Barraza's total offense level has been reduced from 33 to 31, and his amended guideline range is 108 to 135 months. However, he is subject to the statutory mandatory minimum of 120 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Barraza's term of imprisonment to a total term of 120 months.

Respectfully submitted,

Dated: November 2, 2015                    Dated: November 2, 2015

BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                     Federal Defender


 /s/ *Jason Hitt*                           /s/ *Hannah R. Labaree*
JASON HITT                                 HANNAH R. LABAREE
Assistant U.S. Attorney                    Assistant Federal Defender

Attorney for Plaintiff                     Attorney for Defendant
UNITED STATES OF AMERICA                   DIMAS TORRES BARRAZA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Barraza is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months. He is subject to the statutory mandatory minimum.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2012 is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Barraza shall report to the United States Probation Office within seventy-two hours after his release.

Dated: November 3, 2015

_____
Troy L. Nunley
United States District Judge